UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

HAGOP KITISHIAN                          CIVIL ACTION NO. 26-0971

                                         SECTION P

VS.

                                         JUDGE JAMES D. CAIN, JR.

MARKWAYNE MULLIN, ET AL.                 MAG. JUDGE KAYLA D.
                                         MCCLUSKY


## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion to Expedite [doc. 12] be **GRANTED** and that Petitioner Hagop Kitishian's petition for habeas corpus is **GRANTED**: Respondents, including the Warden of Winn Correctional Center, shall (A) immediately release Petitioner from custody without bond, under reasonable conditions of supervision to be determined at respondents' discretion; (B) notify Petitioner's counsel of the exact location and time of his release no less than two hours before his release; and upon his release, (C) return Petitioner's property to him, including any identity documents and his passport, and issue him a physical copy of the order of supervision.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any possible or anticipated removal or transfer of Petitioner under this present detention

is **PROHIBITED**.[1]   Respondents shall, within **24 hours** after Petitioner's release, file a

status report confirming his release.

       **THUS DONE AND SIGNED** in Chambers on the 20th day of May, 2026.

                **JAMES D. CAIN, JR.**
            **UNITED STATES DISTRICT JUDGE**

---

[1] In other words, it is the intent of the Court that Petitioner shall not be released only to be immediately taken back into custody.  The Court expresses no opinion as to whether Petitioner could or should be taken into custody at a later date if travel documents were to be obtained.